# United States Court of Appeals
## For the First Circuit

No. 05-1620

VEKKY RICHARD TICOALU,

Petitioner,

v.

ALBERTO R. GONZÁLES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

ERRATA SHEET

The opinion of this Court issued on December 28, 2006, is amended as follows:

On page 7, line 11, replace "July 24" with "July 20".